UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

EDITH MAE MAY,

                Plaintiff,

v.

TAYCHEEDAH CORRECTIONAL
INSTITUTION, MS. SUBLENSKI,
SARAH COOPER, H. PAULSEN, and
T. MOON,

                Defendants.

Case No. 20-CV-1794-JPS

**ORDER**

      This action was filed on December 4, 2020. (Docket #1). Soon after, the Clerk of the Court wrote to Plaintiff, informing her that she needed to submit a certified copy of her prisoner trust account statement ("TAS"), within 21 days, as required by the Prison Litigation Reform Act. (Docket #3). Thus, Plaintiff needed to file her TAS on or before January 4, 2021. That date passed and she did not file her TAS. On February 16, 2021, Plaintiff finally filed her TAS. (Docket #5). However, the Court will not accept her late TAS in this case. Plaintiff is an extremely prolific litigator and is well aware of the rules regarding filing a TAS on time. Thus, this action must be dismissed without prejudice for Plaintiff's failure to file the required TAS. Civ. L.R. 41(c).

      Plaintiff may refile her case, as her case is dismissed without prejudice. The Court advises Plaintiff that as of March 15, 2021, pursuant to 28 U.S.C. § 1915(b)(1), any prisoner who brings a civil action in forma pauperis will be required to pay the $350.00 statutory filing fee, even if the case is dismissed—voluntarily or by the Court—prior to the Court

screening the complaint.[1] Prisoners who cannot pay the full fee at once will be required to make monthly payments as described in 28 U.S.C. § 1915(b)(2).

Accordingly,

**IT IS ORDERED** that this action be and the same is hereby **DISMISSED without prejudice**; and

**IT IS FURTHER ORDERED** that Plaintiff's motion for leave to proceed *in forma pauperis* (Docket #2) be and the same is hereby **DENIED as moot**.

The Clerk of the Court is directed to enter judgment accordingly.

Dated at Milwaukee, Wisconsin, this 14th day of April, 2021.

BY THE COURT:

_____
J. P. Stadtmueller
U.S. District Judge

---

[1] Notice to Prisoners of the Eastern District of Wisconsin's Updated Filing Fee Policy, *U.S. Dist. Ct. E.D. Wis.* (Feb. 23, 2021), https://www.wied.uscourts.gov/news/notice-prisoners-eastern-district-wisconsin%E2%80%99s-updated-filing-fee-policy.